# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-2027     Short Title: Morillo v. U.S.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Mara Morillo _____ as the

[ ] appellant(s)         [✔] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

_/s/ Stephanie Mc Clure_____     12/3/2025
Signature                                 Date

Stephanie Mc Clure
Name

Law Office of S. Mc Clure LLC             646-417-8380
Firm Name (if applicable)                 Telephone Number

101 Avenue of the Americas; 9th Fl        _____
Address                                   Fax Number

New York New York 10013                   Stephanie@smclawgroup.com
City, State, Zip Code                     Email (required)

Court of Appeals Bar Number: 1221129

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).