IN THE
# United States Court of Appeals
FOR THE FIRST CIRCUIT
_____

No. 25-2027
_____

UNITED STATES OF AMERICA,

    *Respondent-Appellant,*

v.

MARA MORILLO,

    *Petitioner-Appellee.*
_____

**MOTION FOR EXTENSION OF TIME
TO FILE OPENING BRIEF**
_____

The United States moves this Court for an order extending the time for the government to file its opening brief in this appeal, to and including February 20, 2026.

1. On September 26, 2025, the district court issued a final order granting Mara Morillo's petition for a writ of error coram nobis and vacating her 2016 guilty plea to (and ensuing conviction for) a federal drug conspiracy offense. The government timely filed a notice of appeal on October 23, 2025, and the government's opening brief on appeal is currently due on January 21, 2026.

2. The government requests a 30-day extension of time to February 20, 2026. By law, the Solicitor General determines whether the United States will pursue an appeal from an adverse decision rendered by a district court. See 28 C.F.R. § 0.20(b). Although the process for making that determination is under way, additional time is necessary for the Solicitor General to decide whether the appeal should proceed and, if he does, for the government to finalize its appellate brief.

3. Morillo's counsel opposes this request.

WHEREFORE, the government respectfully requests that the Court grant its motion.

Respectfully submitted,

| | |
|---|---|
| ERIN CREEGAN<br>*United States Attorney*<br>*District of New Hampshire* | A. TYSEN DUVA<br>*Assistant Attorney General*<br>*Criminal Division* |
| MATTHEW VICINANZO<br>*Assistant U.S. Attorney* | /s Michael A. Rotker<br>By: _____<br>MICHAEL A. ROTKER<br>*Attorney*<br>*Appellate Section*<br>*United States Department of Justice*<br>*950 Pennsylvania Avenue, NW*<br>*Suite 1264*<br>*Washington, DC 20530*<br>*(202) 514-3308*<br>*michael.rotker@usdoj.gov* |

# CERTIFICATE OF COMPLIANCE

1. This brief complies with the applicable rules of procedure in that it contains 277 words.

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in Century ExpdBT MT 14-point type.

s/ <u>*Michael A. Rotker*</u>
Michael A. Rotker
U.S. Department of Justice

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 12, 2026, I caused a true and correct copy of this motion to be served through the Court's CM/ECF system upon the filing users:

Stephanie McClure, Esq.
Sandra A. Kuhn, Esq.
*Counsel for Appellee*

s/ <u>*Michael A. Rotker*</u>
Michael A. Rotker
U.S. Department of Justice