# LAW OFFICE OF S. MCCLURE, LLC

New York   New Jersey   California   Massachusetts   Florida*

---

February 23, 2026

VIA ECF FILING

United States Court of Appeals

    Re: USA v. Mara Astrid Jaimes Martinez-Morillo

    Docket No.: 25-2027

Dear Judge McHugh:

    I represent Mara Morillo in the above matter.  I also represented her in the matter below in the District Court of New Hampshire and have appeared before the immigration court presiding over her pending removal action.**I am writing to pose an <u>estoppel</u> objection to the request for additional briefing time by the government..**

    First, the government filed a knowingly false certification in support of this motion.  Counsel certifies that "petitioner objects" to the relief, in order to suggest to Your Honor that she properly met and conferred with the undersigned in accordance with the Rules, prior to the filing of this motion.  Had she met and conferred this objection would have been filed sooner.

    Second, the request for more time **is barred by estoppel**.    The United States government has had <u>months</u> in which to create its moving brief.   In the meantime, rather than writing the brief, the government has re-issued an NTA against Ms. Morillo, **based upon an overstay that will be statutorily forgiven when her pending adjustment of status is complete**. **Ms. Morillo has no bars to adjustment and has an approved I-130, filed by her daughter, a pending I-485, and is awaiting biometrics**.  <u>**While asking this court for extensions, the government has simultaneously objected to our request for extensions in the immigration court, that could result in relief for this mother of three U.S. citizens, pending her lawful adjustment of status**</u>.

    **The government's request for more time is therefore barred by estoppel and they must be stopped from this overt and strategic litigation play; getting extensions in this court to appear to keep criminal charges alive, while objecting to extensions in immigration court that will allow Ms. Morillo, who has no bars to adjustment, to obtain legal permanent residency.  <u>It is unjust and barred by the concept of estoppel</u>.**    Note, the government is actively using the old open charges to argue Ms. Morillo is "dangerous" to block any attempt at bond, keeping her in jail and separated from her fatherless children for over eight months.

  Main Office: 101 Avenue of the Americas; 9th Floor, New York, New York 10013 - Tel  (646) 417-8380
*Associate Pierce Schultz FL. The firms general practice in Florida is limited to immigration and nationality law



# LAW OFFICE OF S. MCCLURE, LLC
New York   New Jersey   California   Massachusetts   Florida*

Ms. Morillo, nearing 50 years old, is a mother of three U.S. citizens, including an 11 year old, a sexual assault and severe domestic abuse survivor (confirmed by police reports). She is no danger to anyone, yet the open charges alone have been the basis for the government's arguments to deny bond, keeping her in jail and separated from her children, parentless and displaced from their home. Bond was denied on this basis alone.

The government is barred by the principle of estoppel from seeking repeated adjournments in this court, having previously and repeatedly objected to adjournments in the pending immigration action that would benefit Ms. Morillo.

Furthermore, the government should not be able to obtain this relief by making knowingly false certifications as here.

Their motion should be denied, and the matter deemed abandoned and dismissed by default application of the rules.

Respectfully submitted,

Stephanie Mc Clure, Esq.

SMC/jd