IN THE
# United States Court of Appeals
FOR THE FIRST CIRCUIT

_____

No. 25-2027
_____

UNITED STATES OF AMERICA,

    *Respondent-Appellant*,

v.

MARA MORILLO,

    *Petitioner-Appellee.*

_____

**GOVERNMENT'S REPLY IN SUPPORT OF MOTION
FOR TWO-WEEK EXTENSION OF TIME TO
FILE OPENING BRIEF**

_____

Morillo's opposition to the government's request for a two-week extension of time to file its opening brief asserts that the undersigned "filed a knowingly false certification" that Morillo's counsel opposed this motion. That is incorrect and incomplete.

The undersigned previously contacted Morillo's counsel in this case when the government initially requested a 30-day extension of time to file its opening brief, and Morillo's counsel indicated in writing that she would not agree to an extension of time unless the government would agree to allow Morillo to be released from

immigration custody on bond. Because the government did not agree to Morillo's release from immigration custody, the undersigned noted Morillo's opposition in the government's initial extension motion.

Based on this conferral, and because the government had not changed its view regarding Morillo's release from immigration custody, the undersigned understood that Morillo would also oppose a request by the government for a second extension of its briefing deadline. The undersigned thus correctly stated that Morillo opposed this request in the government's present motion.

WHEREFORE, the government respectfully requests that the Court grant its motion.

Respectfully submitted,

| | |
|---|---|
| ERIN CREEGAN<br>*United States Attorney*<br>*District of New Hampshire* | A. TYSEN DUVA<br>*Assistant Attorney General*<br>*Criminal Division* |
| MATTHEW VICINANZO<br>*Assistant U.S. Attorney* | *s/ Michael A. Rotker*<br>By: _____<br>MICHAEL A. ROTKER<br>*Attorney, Appellate Section*<br>*United States Department of Justice*<br>*950 Pennsylvania Avenue, NW*<br>*Washington, DC 20530*<br>*(202) 514-3308*<br>*michael.rotker@usdoj.gov* |

## CERTIFICATE OF COMPLIANCE

1.  This brief complies with the applicable rules of procedure in that it contains 274 words.

2.  This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in Century ExpdBT MT 14-point type.

s/ <i><u>Michael A. Rotker</u></i><br>
Michael A. Rotker<br>
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 23, 2026, I caused a true and correct copy of this motion to be served through the Court's CM/ECF system upon the filing users:

Stephanie McClure, Esq.
Sandra A. Kuhn, Esq.
*Counsel for Appellee*

s/ <i><u>Michael A. Rotker</u></i><br>
Michael A. Rotker<br>
U.S. Department of Justice