# United States Court of Appeals
## For the First Circuit

No. 25-2027

MARA MORILLO,

Petitioner - Appellee,

v.

UNITED STATES,

Respondent - Appellant.

**ORDER OF COURT**

Entered: February 25, 2026

Appellant United States' opposed motion for an extension of time to file an opening brief is granted in part. The deadline to file an opening brief is extended to and including **February 27, 2026**, only. No further extensions will be granted, absent extraordinary circumstances.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Michael A. Rotker
David M. Lieberman
Matthew P. Vicinanzo
Sandra A. Kuhn
Stephanie McClure