# United States Court of Appeals
## For the First Circuit

---

No. 25-2027

MARA MORILLO,

Petitioner, Appellee,

v.

UNITED STATES,

Respondent, Appellant.

---

**JUDGMENT**

Entered: October 16, 2026

This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of the writ of coram nobis is affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Michael A. Rotker, David M. Lieberman, Matthew P. Vicinanzo, Sandra A. Kuhn, Stephanie Mc Clure