IN THE

**United States Court of Appeals**

FOR THE FIRST CIRCUIT

---

No. 25-2027

---

MARA MORILLO,

*Petitioner-Appellee,*

v.

UNITED STATES OF AMERICA,

*Respondent-Appellant.*

---

# GOVERNMENT'S CONDITIONAL AND UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE A PETITION FOR REHEARING OR REHEARING EN BANC

---

On October 16, 2026, this Court issued a decision affirming the district court's order granting Mara Morillo's coram nobis petition.

1. The Federal Rules of Appellate Procedure provide that a petition for rehearing or rehearing en banc must be filed "within 14 days after judgment is entered" except that, "in a civil case" where the United States is a party, a petition may be filed "within 45 days after the entry of judgment." Fed. R. App. P. 40(d)(1). Although coram nobis appeals are "civil case[s]" for purposes of calculating the time for filing a notice of appeal, see Fed. R. App. P. 4(a)(1)(C), it is

unclear whether they are considered "civil cases" within the meaning of Rule 40(d)(1). If the Court determines that this is a "civil case" and that the 45-day rehearing period in Rule 40(d)(1) applies, then the Court can deny this motion without prejudice as unnecessary. But if the Court determines this is not a "civil case" for purposes of Rule 40(d)(1) and that the 14-day rehearing time period applies, then the government requests a 30-day extension of that time period. This request is designed to ensure that the Solicitor General has adequate time to decide whether the United States will seek rehearing en banc. See 28 C.F.R. § 0.20(b).

2. Morillo's counsel does not object to this request.

WHEREFORE, the government respectfully requests that the Court grant its motion.

Respectfully submitted,

*/s Michael A. Rotker*

By: ______________________

MICHAEL A. ROTKER
*Attorney*
*Appellate Section*
*United States Department of Justice*
*950 Pennsylvania Ave NW #1264*
*Washington, DC 20530*
*michael.rotker@usdoj.gov*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the applicable rules of procedure in that it contains 307 words.

s/ *Michael A. Rotker*
Michael A. Rotker
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 22, 2026, I caused a true and correct copy of this motion to be served through the Court's CM/ECF system upon the filing users:

Stephanie McClure, Esq.
*Counsel for Appellee*

s/ *Michael A. Rotker*
Michael A. Rotker
U.S. Department of Justice