# United States Court of Appeals
## For the First Circuit

No. 25-2027

MARA MORILLO,

Petitioner, Appellee,

v.

UNITED STATES,

Respondent, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on October 16, 2026, is amended as follows:

On page 9, line 14, replace <misadvise> with <misadvice>.