IN THE

**United States Court of Appeals**

FOR THE FIRST CIRCUIT

---

No. 25-2027

---

MARA MORILLO,

*Petitioner-Appellee,*

v.

UNITED STATES OF AMERICA,

*Respondent-Appellant.*

---

# GOVERNMENT'S UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE A PETITION FOR REHEARING OR REHEARING EN BANC

---

On October 16, 2026, this Court issued a decision affirming the district court's order granting Mara Morillo's petition for a writ of error coram nobis petition. A petition for rehearing or rehearing en banc is currently due on November 30, 2026. The government hereby requests that the Court extend this deadline by 30 days, to and including December 30, 2026, to allow the Solicitor General adequate time to decide whether the United States will seek rehearing en banc. See 28 C.F.R. § 0.20(b). Morillo's counsel does not object to this request.

WHEREFORE, the government respectfully requests that the Court grant its motion.

Respectfully submitted,

By: */s Michael A. Rotker*

MICHAEL A. ROTKER
*Attorney*
*Appellate Section*
*United States Department of Justice*
*950 Pennsylvania Ave NW #1264*
*Washington, DC 20530*
*michael.rotker@usdoj.gov*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the applicable rules of procedure in that it contains 174 words.

s/ *Michael A. Rotker*
Michael A. Rotker
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 17, 2026, I caused a true and correct copy of this motion to be served through the Court's CM/ECF system upon the filing users:

Stephanie McClure, Esq.
*Counsel for Appellee*

s/ *Michael A. Rotker*
Michael A. Rotker
U.S. Department of Justice